IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

In re Application of

RODRIGO PÉREZ PALLARES,
an Ecuadorian citizen, and

RICARDO REIS VEIGA,
an American citizen,

Civil Action No: _____

for an Order to Conduct Discovery for Use in
Foreign Proceedings.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the following to be transmitted on August 16, 2010, via overnight delivery to the parties and counsel listed on the service list below:

1. **CIVIL COVER SHEET**
2. **APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS;**
3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**
4. **DECLARATION OF PAUL E. DANS IN SUPPORT THEREOF;**
5. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF;**
6. **NOTICE OF RELATED ACTIONS;**
7. **[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS;** and
8. **[PROPOSED] ORDER TO SHOW CAUSE WHY RODRIGO PÉREZ PALLARES AND RICARDO REIS VEIGA SHOULD NOT BE GRANTED LEAVE TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

## SERVICE LIST

| | |
|---|---|
| Charles Champ<br>29 Persimmon Lane<br>Asheville, NC 28805 | *Respondent* |
| Jonathan S. Abady<br>Ilann Maazel<br>Elora Mukherjee<br>Andrew Celli<br>Andrew F. Wilson<br>Matthew Brinckerhoff<br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 | *Counsel for Lago Agrio Plaintiffs\**<br><br>T: 212-763-5000<br>F: 212-763-5001<br>jabady@ecbalaw.com<br>acelli@ecbalaw.com<br>imaazel@ecbalaw.com<br>emukherjee@ecbalaw.com<br>awilson@ecbalaw.com |
| Steven R. Donziger<br>245 W. 104th St.<br>New York, NY 10025-4249 | *Counsel for Lago Agrio Plaintiffs\**<br><br>T: 917-566-2526<br>sdonziger@donzigerandassociates.com |
| Eric W. Bloom<br>C. MacNeil Mitchell<br>WINSTON & STRAWN LLP<br>1700 K Street, NW<br>Washington, D.C. 20006 | *Counsel for Government of Ecuador\**<br><br>T: 202-282-5743<br>F: 202-282-5100<br>ebloom@winston.com<br>lbutcher@winston.com<br>tleonard@winston.com |
| George W. Saenger<br>ADAMS, HENDON, CARSON, CROW &<br>SAENGER, P.A.<br>72 Patton Avenue<br>Asheville, NC 28801 | *Counsel for Chevron Corporation*<br><br>T: (828) 252-7381<br>F: (828) 252-5018<br>gsaenger@adamsfirm.com |

\*Party has appeared as an "Interested Party" in related § 1782 Applications in other U.S. Courts and is being provided copies as a professional courtesy, without waiver of Applicants' objection to party's standing.

This the 16th day of August, 2010.

By:   /s/ John W. Bowers
John W. Bowers (NC Bar No. 24133)
HORACK TALLEY PHARR &
LOWNDES, P.A.
2600 One Wachovia Center
301 South College Street
Charlotte, NC 28202
Telephone: (704) 377-2500
Facsimile: (704) 372-2619
Email: JBowers@horacktalley.com

*Local Counsel for Rodrigo Pérez Pallares and Ricardo Reis Veiga*