# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 mc 28

| | |
|---|---|
| RODRIGO PEREZ PALLARES; and ) | |
| RICARDO REIS VEIGA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| CHARLES CAMP, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* of Ingrid L. Moll. It appearing that Ingrid L. Moll is a member in good standing with the Connecticut Bar and will be appearing with Wyatt Shorter Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* (#34) of Ingrid L. Moll is **GRANTED**, and that Ingrid L. Moll is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt Shorter Stevens.

Signed: September 8, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge