# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:10 mc 28

| | |
|---|---|
| RODRIGO PEREZ PALLARES; and RICARDO REIS VEIGA, | ) ) ) |
| Petitioner | ) ) |
| V | )     **ORDER** ) |
| CHARLES CHAMP, | ) ) |
| Respondent. | ) |

**THIS MATTER** is before the court on John W. Bowers' Application for Admission to Practice *Pro Hac Vice* of Alan Vinegrad. It appearing that Alan Vinegrad is a member in good standing with the New York Bar and will be appearing with John W. Bowers, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John W. Bowers' Application for Admission to Practice *Pro Hac Vice* (#40) of Alan Vinegrad is **GRANTED**, and that Alan Vinegrad is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John W. Bowers.

Signed: September 28, 2010

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge